# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CLARENCE ANDERSON,**
**ADC #165441**                                                                                               **PLAINTIFF**

**V.**                          **CASE NO. 3:19-CV-300-KGB-BD**

**TY FRAISER,** *et al*.                                                                                      **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.     Procedure for Filing Objections

This Recommendation for dismissal has been sent to Judge Kristine G. Baker. Mr. Anderson may file written objections with the Clerk of Court if he disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If Mr. Anderson does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.

### II.    Discussion

Clarence Anderson filed a federal civil rights lawsuit on behalf of Kevin Jones, Brandon Williams, and himself. (Docket entry #1) The Plaintiffs' claims were filed as separate lawsuits, in accordance with Court policy.

In the original complaint, Mr. Anderson alleged that inmates were "denied proper medical treatment, recreation, chaplain, and news" at the Craighead County Detention

Facility. (#1 at p.4) In addition, he alleged that the Defendants were aware of "black mold infestation" at the Detention Facility. Because Mr. Anderson did not explain how the Defendants violated <u>his</u> constitutional rights specifically, however, the Court ordered him to file an amended complaint by January 20, 2020, stating how each Defendant violated his rights and describing the injury he suffered as a result of the violations. Mr. Anderson was cautioned that his claims could be dismissed if he did not amend his complaint within the time allowed.

To date, Mr. Anderson has failed to file an amended complaint, and the time to comply has passed. As the record stands, Mr. Anderson has not stated a constitutional claim against the Defendants.

## III.  Conclusion

The Court recommends that Mr. Anderson's claims be DISMISSED, without prejudice, based on his failure to amend his complaint, as ordered, and his failure to prosecute this lawsuit.

DATED this 21st day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE