IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLARENCE ANDERSON,**
**ADC # 165441**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　Case No. 3:19-cv-00300 KGB-BD

**TY FRAISER,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Clarence Anderson's claims are dismissed without prejudice. The relief requested is denied.

It is so adjudged this 19th day of January, 2021.

_____
Kristine G. Baker
United States District Judge